**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bituminous Casualty Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| S.K. & S. Oilfield Services, Inc., and | ) | |
| Zenergy, Inc. f/n/a Zinke & Trumbo, Inc., | ) | |
| | ) | Case No. 4:10-cv-002 |
| Defendants. | ) | |

Before the court is the Defendant Zenergy, Inc.'s motion for attorney G. Michael Lewis to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney G. Michael Lewis has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Zenergy, Inc.'s motion (Docket No. 10) is **GRANTED**. Attorney G. Michael Lewis is admitted to practice before this court in the above-entitled action on behalf of Zenergy Inc.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge